UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD MARSHALL | CIVIL ACTION |
| VERSUS | NO. 04-219 |
| BURL CAIN, WARDEN | SECTION "A"(2) |

**ORDER**

Petitioner, Ronald Marshall, has filed written objections to the Report and Recommendation filed by the United States Magistrate Judge, recommending that his petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be dismissed with prejudice. Marshall was convicted of armed robbery at a trial by jury on July 15, 1998, in Orleans Parish, Louisiana. Marshall was later sentenced as a second offender to a term of 49 ½ years of imprisonment, without benefit of probation, parole or suspension of sentence. The trial court also denied Marshall's motion for post-verdict judgment of acquittal and motion to reconsider the sentence. He now seeks a writ of habeas corpus on the following grounds: (1) The evidence was insufficient to support conviction for armed robbery. (2) Counsel was ineffective for allowing hearsay evidence of the anonymous telephone call at trial. (3) Counsel failed to investigate, interview and secure witnesses. (4) Counsel failed to investigate and find evidence to impeach the State's witnesses. (5) Petitioner was denied the right of confrontation when the trial court allowed inadmissable hearsay evidence at trial. (6) The state trial court's denial

of defendant's motion to dismiss counsel was an abuse of discretion.

In his objection to the magistrate's report and recommendation, petitioner contends that he lost his case file as a result of Hurricane Katrina. He requests that the Court permit him to offer as a supplemental objection to the magistrate's report and recommendation the substance of each claim contained in the original habeas petition, or in the alternative, furnish him with a copy of the entire record and grant him an extension of time in which to prepare an in depth objection. The Court has considered petitioner's habeas corpus petition, as petitioner requests. Further, the Court finds that petitioner's objections are sufficiently thorough and declines to furnish petitioner with a copy of the entire record. The Court finds no need to grant petitioner an extension of time to prepare a more in depth objection.

Having considered the petition, the record, the applicable law, and the petitioner's objections to the magistrate judge's recommendation, the Court concludes that petitioner's objections are without merit and **OVERRULES** those objections. The Court hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the petition of Ronald Marshall for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 should be and is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 16th day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE